IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DENNIS RUSSELL HOOPER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

1:12-cv-00297-CL

**ORDER**

---

**PANNER, J.**

 Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review legal principles *de novo*. See Robbins v. Carey, 481 F.3d 1143, 1147 (9th Cir. 2007).

 I agree with Magistrate Judge Clarke that plaintiff's negligent training claim is barred by the discretionary function exception to the Federal Tort Claims Act. I also agree with Magistrate Judge Clarke that defendant is not entitled to summary

1- ORDER

judgment on plaintiff's invasion of privacy claim because material issues of disputed fact exist.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#53) is adopted. Defendant's motion for summary judgment (#42) is granted as to plaintiff's negligent training and supervision claim, and denied as to plaintiff's invasion of privacy claim.

IT IS SO ORDERED.

DATED this **25** day of September, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2- ORDER